**LITE DEPALMA GREENBERG, LLC**
Bruce D. Greenberg
570 Broad Street, Suite 1201
Newark, NJ 07102
Telephone: (973) 623-3000
Facsimile: (973) 623-0858
bgreenberg@litedepalma.com

ORDER OF CONSOLIDATION

2020-00152 (JMV)
2020-03230 (JMV)

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| RALICA ZAMFIROVA, individually and on behalf of others similarly situated, | Civil Action No.: 20-cv-00152 (JMV)(SCM) |
| *Plaintiff*, | |
| v. | **NOTICE OF CONSOLIDATION OF** *Gill v. Amag Pharmaceuticals, Inc.*, **Case No. 2:20-cv-03230** |
| AMAG PHARMACEUTICALS, INC., | |
| *Defendant*. | |

The undersigned Counsel provides notice of the consolidation of the recently transferred case, *Gill v. Amag Pharmaceuticals, Inc.*, Case No. 2:20-cv-03230 (D.N.J.) into the above-captioned case. This notice is provided pursuant to the Court's Order consolidating the Related Actions (Doc. 9) into the above captioned case, and pursuant to that Order's provision for further consolidation of future cases transferred to this Court which allege the same or similar claims. The *Gill* action was originally filed in the District of Kansas, Case No. 2:19-cv-02861. The District of Kansas granted the parties' motion to transfer on March 23, 2020. Doc. 15. The

819932.2

District of Kansas transferred the *Gill* case to this Court on March 24, 2020. The *Gill* action asserts substantially similar claims as the previously consolidated cases.

Dated: March 26, 2020　　　　　　　　　　**LITE DEPALMA GREENBERG, LLC**

　　　　　　　　　　　　　　　　　　　　 */s/ Bruce D. Greenberg*
　　　　　　　　　　　　　　　　　　　　Bruce D. Greenberg
　　　　　　　　　　　　　　　　　　　　570 Broad Street, Suite 1201
　　　　　　　　　　　　　　　　　　　　Newark, New Jersey 07102
　　　　　　　　　　　　　　　　　　　　Telephone: (973) 623-3000
　　　　　　　　　　　　　　　　　　　　Facsimile: (973) 623-0858
　　　　　　　　　　　　　　　　　　　　bgreenberg@litedepalma.com
　　　　　　　　　　　　　　　　　　　　**ATTORNEYS FOR PLAINTIFFS**

ORDERED that the above captioned matter, Zamifrova v AMAG Pharmaceuticals, Inc. 20 cv 00152, and Gill v AMAG Pharmaceuticals 20 cv 03230 are hereby consolidated for all purposes under Civil Action No. 20 cv 00152.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　John Michael Vazquez, U.S.D.J.

　　　　　　　　　　　　　　　　　　　　Date: 3/27/2020

819932.2