**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(973) 776-7700

CHAMBERS OF
**JAMES B. CLARK, III**
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
50 WALNUT STREET, ROOM 2060
NEWARK, NJ 07102

April 7, 2022

## LETTER ORDER

Re:   **ZAMFIROVA v. AMAG PHARMACEUTICALS, INC.**
      **Civil Action No. 20-152 (JXN)**

Dear Counsel:

The telephone conference scheduled for April 13, 2022 is adjourned to **May 11, 2022 at 9:30 A.M.**

   IT IS SO ORDERED.

         s/ James B. Clark, III
         **JAMES B. CLARK, III**
         **United States Magistrate Judge**