**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(973) 776-7700

| | |
|---|---|
| CHAMBERS OF<br>**JAMES B. CLARK, III**<br>UNITED STATES MAGISTRATE JUDGE | U.S. COURTHOUSE<br>50 WALNUT STREET, ROOM 2060<br>NEWARK, NJ 07102 |

November 7, 2022

**LETTER ORDER**

Re:   **ZAMFIROVA v. AMAG PHARMACEUTICALS, INC.**
      **Civil Action No. 20-152 (JXN)**

Dear Counsel:

The telephone conference scheduled for November 10, 2022 is adjourned to **January 19, 2023 at 12:00 P.M.**

**IT IS SO ORDERED.**

                                                         s/ James B. Clark, III
                                                    **JAMES B. CLARK, III**
                                                    **United States Magistrate Judge**