# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RACHAEL MAHER, *et al.*, individually and on behalf of others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> AMAG PHARMACEUTICALS, INC., <br><br> *Defendant*. | Civil Action No. 2:20-CV-00152-JXN-JBC <br><br> **NOTICE OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, CERTIFYING A SETTLEMENT CLASS FOR SETTLEMENT PURPOSES, APPROVING THE PARTIES' PROPOSED NOTICE PROGRAM, SETTING A FINAL APPROVAL HEARING DATE, AND GRANTING RELATED RELIEF** |

To:

| | |
|---|---|
| David R. Kott | Lauren S. Colton |
| McCarter & English, LLP | Marc A. Marinaccio |
| Four Gateway Center | Hogan Lovells US LLP |
| 100 Mulberry Street | 100 International Drive, Suite 2000 |
| Newark, NJ 07101-0652 | Baltimore, MD 21202 |

**PLEASE TAKE NOTICE** that on June 2, 2025 at 9 AM or as soon thereafter as counsel may be heard, Plaintiffs Rachel Maher, Marina Gomez, Rebecca Torres, Brittany Bonds, Teresa Faughnan, Ebony Odommorris, Molly O'Hara and Brandy Silas (collectively, "Plaintiffs"), pursuant to Fed. R. Civ. P. 23(e), will move before Hon. Julien Xavier Neals, U.S.D.J., for an Order granting preliminary approval of the parties' proposed class action settlement, certifying a settlement Class for settlement purposes, approving the parties' proposed Notice Program, setting a final approval hearing date, and granting related relief further detailed in the accompanying papers. Defendant does not oppose this motion.

1030136.2

1

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Plaintiffs will rely upon the accompanying Memorandum of Law, the Joint Declaration of Bruce D. Greenberg, Richard M. Paul, Laura C. Fellows, and Stuart Talley, and the Declaration of Michael Lynch regarding notice. A proposed form of Order is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs request oral argument.

|  |  |
|---|---|
|  | **LITE DEPALMA GREENBERG & AFANADOR, LLC** |
| Dated: May 8, 2025 | */s/ Bruce D. Greenberg* |
|  | Bruce D. Greenberg |
|  | 570 Broad Street, Suite 1201 |
|  | Newark, New Jersey 07102 |
|  | Telephone: (973) 877-3820 |
|  | bgreenberg@litedepalma.com |
|  |  |
|  | **PAUL LLP** |
|  | Richard M. Paul III (*pro hac vice*) |
|  | Laura C. Fellows (*pro hac vice*) |
|  | 601 Walnut Street, Suite 300 |
|  | Kansas City, Missouri 64106 |
|  | Telephone: (816) 984-8100 |
|  | Rick@PaulLLP.com |
|  | Laura@PaulLLP.com |
|  |  |
|  | **KERSHAW TALLEY BARLOW** |
|  | Stuart Talley (*pro hac vice*) |
|  | 401 Watt Avenue |
|  | Sacramento, California 95864 |
|  | Telephone: (916) 779-7000 |
|  | stuart@kctlegal.com |