**LITE DEPALMA GREENBERG & AFANADOR, LLC**
Bruce D. Greenberg
570 Broad Street, Suite 1201
Newark, New Jersey 07102
Telephone: (973) 623-3000
bgreenberg@litedepalma.com

Attorneys for Plaintiffs and the Class

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RACHAEL MAHER, *et al.*, individually and on behalf of others similarly situated, | : Civil Action No.: <br> : 2:20-CV-00152 (JXN)(JBC) <br> : |
| *Plaintiffs*, | : **NOTICE OF UNOPPOSED** |
| | : **MOTION FOR FINAL APPROVAL** |
| v. | : **OF CLASS ACTION** |
| | : **SETTLEMENT, FINAL** |
| AMAG PHARMACEUTICALS, INC., | : **CERTIFICATION OF A** |
| | : **SETTLEMENT CLASS FOR** |
| *Defendant*. | : **SETTLEMENT PURPOSES, AND** |
| | : **RELATED RELIEF** |

To:
    David R. Kott      Lauren S. Colton
    McCarter & English, LLP      Marc A. Marinaccio
    Four Gateway Center      Hogan Lovells US LLP
    100 Mulberry Street      100 International Drive, Suite 2000
    Newark, NJ 07101-0652      Baltimore, MD 21202

**PLEASE TAKE NOTICE** that on January 12, 2026 at 10:30 AM or as soon thereafter as counsel may be heard, Plaintiffs Rachel Maher, Marina Gomez, Rebecca Torres, Brittany Bonds, Teresa Faughnan, Ebony Odommorris, Molly O'Hara and Brandy Silas (collectively, "Plaintiffs"), pursuant to Fed. R. Civ. P.

23(e), will move before Hon. Julien Xavier Neals, U.S.D.J., for an Order granting final approval of the parties' proposed class action settlement, finally certifying a settlement Class for settlement purposes only, and granting related relief further detailed in the accompanying papers. Defendant does not oppose this motion.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Plaintiffs will rely upon the accompanying Memorandum of Law, the Joint Declaration of Bruce D. Greenberg, Richard M. Paul, Laura C. Fellows, and Stuart C. Talley, and the Declaration of Michael Lynch of Angeion Group, LLC. A proposed form of Order is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs request oral argument.

|  |  |
|---|---|
|  | **LITE DEPALMA GREENBERG & AFANADOR, LLC** |
| Dated: December 8, 2025 | */s/ Bruce D. Greenberg*<br>Bruce D. Greenberg<br>570 Broad Street, Suite 1201<br>Newark, New Jersey 07102<br>Telephone: (973) 877-3820<br>bgreenberg@litedepalma.com |
|  | **PAUL LLP**<br>Richard M. Paul III (*pro hac vice*)<br>Laura C. Fellows (*pro hac vice*)<br>600 Broadway Boulevard, Suite 600<br>Kansas City, Missouri 64105<br>Telephone: (816) 984-8100<br>Rick@PaulLLP.com<br>Laura@PaulLLP.com |

2

**KERSHAW TALLEY BARLOW**
Stuart C. Talley (*pro hac vice*)
401Watt Avenue
Sacramento, California 95864
Telephone: (916) 779-7000
stuart@kctlegal.com